UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERONICA FREEMAN,

    Plaintiff,

CASE NO.: 8:17-CV-1514-T33-TBM

v.

ONEMAIN FINANCIAL GROUP, LLC
D/B/A ONEMAIN FINANCIAL,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Veronica Freeman ("Plaintiff"), and Defendant, OneMain Financial Group, LLC d/b/a OneMain Financial ("Defendant"), notify this Court that Plaintiff and Defendant have reached a resolution of the claims raised in this action and intend to request dismissal jointly. The parties respectfully request that the Court stay all deadlines and retain jurisdiction for any matters related to completing and/or enforcing any agreement between the parties.

Respectfully submitted the 2nd day of August, 2017,

| | |
|---|---|
| s/ *Jon P. Dubbeld* | s/ *Laura Westerman Tanner* |
| Jon P. Dubbeld, Esq. | David Elliott, Esq. (94237) |
| Florida Bar No. 105869 | delliott@burr.com |
| Berkowitz & Myer | Laura Westerman Tanner (85573) |
| 4900 Central Avenue | ltanner@burr.com |
| St. Petersburg, Florida 33707 | Burr & Forman, LLP |
| Jon@berkmyer.com | 201 North Franklin Street, Suite 3200 |
| 727-344-0123 | Tampa, Florida 33602 |
| *Attorneys for Plaintiff* | Telephone:    813-221-2626 |
| | *Attorneys for OneMain Financial* |

30139418 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following via the Court's CM/ECF system, on this the 2nd day of August, 2017:

Jon P. Dubbeld, Esq.
Berkowitz & Myer
4900 Central Avenue
St. Petersburg, Florida 33707
727-344-0123
Jon@berkmyer.com

/s/Laura Westerman Tanner
Attorney